IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

RAMON ENRIQUE GIL MARTINES,

    Petitioner.

No. C 07-5623 CRB (PR)

ORDER OF DISMISSAL

On November 6, 2007, the clerk filed as a new prisoner action petitioner's pro se "application and formal request for a speedy trial." The court notified petitioner in writing at that time that he had not attached a complaint or petition and gave him 30 days to do so. Petitioner was advised that failure to file a complaint or petition within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: December 20, 2007

                              CHARLES R. BREYER
                              United States District Judge

G:\PRO-SE\CRB\OTHER.07\Martines, R1.or1.wpd