UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ENRIQUE GIL MARTINEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>PEOPLE OF THE UNITED STATES et al,<br><br>            Defendant. | Case Number: CV07-05623 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ramon Enrique Gil Martinez F-75717
CTF-South
D7 23 U
P.O. Box 690
Soledad, CA 93960-0690

Dated: December 20, 2007

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk